# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of	December 4, 2019
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## CANCELLATION NOTICE

The settlement conference scheduled for Tuesday, December 10, 2019, at 2:00 PM, before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of Hunter v. United States Postal Service, et al., 18-cv-7377 (KMK) (LMS), has been *cancelled*.

SO ORDERED: *[signature]*
Hon. Lisa Margaret Smith
U.S.M.J.