**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PETER HUNTER,

        Plaintiff,

    v.

UNITED STATES OF AMERICA,

        Defendant.

No. 18-CV-7377 (KMK)

**JUDGMENT**

    It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's bench ruling issued on July 22, 2021, judgment is rendered in favor of Defendant dismissing the Complaint. Accordingly, this case is closed.

SO ORDERED.

Dated: July 26, 2021
       White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE